**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEBRASKA**

In re: ACASS-SYSTEMS, LLC § Case No. 18-81299
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

James A. Overcash, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,728,663.36 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $744,379.23 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $477,041.61 | | |

3) Total gross receipts of $1,221,420.84 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,221,420.84 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $5,162,353.50 | $70,119.75 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $457,545.32 | $457,990.86 | $457,990.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $19,050.75 | $19,050.75 | $19,050.75 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $1,525,349.47 | $1,485,375.51 | $744,379.23 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $18,087,822.16 | $8,228,869.11 | $7,672,671.32 | $0.00 |
| **TOTAL DISBURSEMENTS** | $23,250,175.66 | $10,300,934.40 | $9,635,088.44 | $1,221,420.84 |

4) This case was originally filed under chapter 7 on 08/31/2018, and it was converted to chapter 7 on 02/28/2019.  The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/11/2021          By: /s/ James A. Overcash
                                                Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING ACCOUNT AT FIRST NATIONAL BANK OF OMAHA, XXXXXX0799 | 1129-000 | $6,745.73 |
| Funds transfer | 1290-000 | -$32,830.73 |
| Life Insurance Proceeds on Life of Aaron Cass | 1229-000 | $1,188,590.11 |
| Advance Fee Deposit to Debtor Attorneys | 1229-000 | $26,085.00 |
| Successor Transfer | 1290-000 | $32,830.73 |
| **TOTAL GROSS RECEIPTS** | | **$1,221,420.84** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10S | HOMETOWN LEASING ATTN: CHAD SHEFFIELD | 4110-000 | NA | $200.00 | $0.00 | $0.00 |
| 30S | PAYROLL FUNDING COMPANY, LLC | 4110-000 | $27,853.50 | $27,853.50 | $0.00 | $0.00 |
| 32 | DOUGLAS COUNTY TREASURER | 4110-000 | NA | $42,066.25 | $0.00 | $0.00 |
| N/F | ALLEGIANT PARTNERS INCORPORATED | 4110-000 | $134,500.00 | NA | NA | NA |
| N/F | BIZCAPITAL BIDCO 1 L.L.C. | 4110-000 | $2,100,000.00 | NA | NA | NA |
| N/F | BIZCAPITAL BIDCO I L.L.C. | 4110-000 | $2,900,000.00 | NA | NA | NA |
| | TOTAL SECURED | | $5,162,353.50 | $70,119.75 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - James A. Overcash | 2100-000 | NA | $59,892.63 | $59,892.63 | $59,892.63 |
| Trustee, Expenses - James A. Overcash | 2200-000 | NA | $973.33 | $973.33 | $973.33 |
| Fees, United States Trustee | 2950-000 | NA | $650.00 | $650.00 | $650.00 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $0.00 | $445.54 | $445.54 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $4,303.48 | $4,303.48 | $4,303.48 |
| Special Counsel for Trustee Fees - Rembolt Ludtke LLP | 3210-600 | NA | $391,025.88 | $391,025.88 | $391,025.88 |
| Accountant for Trustee Fees (Other Firm) - BMG CERTIFIED PUBLIC ACCOUNTANTS, LLP | 3410-000 | NA | $700.00 | $700.00 | $700.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $457,545.32 | $457,990.86 | $457,990.86 |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Attorney for D-I-P Fees - STINSON LEONARD STREET, LLP | 6210-160 | NA | $19,050.75 | $19,050.75 | $19,050.75 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$19,050.75** | **$19,050.75** | **$19,050.75** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20 | NATHAN R NELSON | 5300-000 | NA | $760.00 | $760.00 | $760.00 |
| 33 | DOUGLAS COUNTY TREASURER | 5800-000 | NA | $39,973.96 | $0.00 | $0.00 |
| 35P | NEBRASKA DEPARTMENT OF REVENUE ATTENTION: BANKRUPTCY UNIT | 5800-000 | NA | $1,484,615.51 | $1,484,615.51 | $743,619.23 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$1,525,349.47** | **$1,485,375.51** | **$744,379.23** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | METROPOLITAN COMMUNITY COLLEGE ACCOUNTS RECEIVABLE | 7100-000 | $8,000.00 | $4,000.00 | $4,000.00 | $0.00 |
| 2 | JOHN DAY COMPANY | 7100-000 | $19,823.90 | $14,019.92 | $14,019.92 | $0.00 |
| 3 | ROCK-IT CARGO USA, LLC | 7100-000 | $35,842.78 | $12,588.36 | $12,588.36 | $0.00 |
| 4 | PATRICK SMITH | 7100-000 | $48,510.00 | $23,005.00 | $23,005.00 | $0.00 |
| 5 | LINCOLN INDUSTRIES | 7100-000 | $13,119.48 | $5,687.88 | $5,687.88 | $0.00 |
| 6 | DIGITAL SOUND SYSTEMS | 7100-000 | $5,336.28 | $3,148.41 | $3,148.41 | $0.00 |
| 7 | THE ALLIANCE GROUP, INC. | 7100-000 | NA | $104,721.27 | $104,721.27 | $0.00 |
| 8 | ROSE BRAND EAST | 7100-000 | $12,719.72 | $6,359.86 | $6,359.86 | $0.00 |
| 9 | TRI-V TOOL & MFG. CO. | 7100-000 | $146,794.35 | $146,570.00 | $146,570.00 | $0.00 |
| 10U | HOMETOWN LEASING ATTN: CHAD SHEFFIELD | 7100-000 | NA | $13,226.74 | $13,226.74 | $0.00 |
| 11 | ACT LIGHTING INC | 7100-000 | $61,269.80 | $30,634.90 | $30,634.90 | $0.00 |
| 12 | SM LAW, PC | 7100-000 | NA | $133,577.67 | $133,577.67 | $0.00 |
| 13 | I.A.T.S.E. LOCAL #42 | 7100-000 | NA | $6,717.86 | $6,717.86 | $0.00 |
| 14 | ACAR LEASING LTD DBA GM FINANCIAL LEASING | 7100-000 | NA | $5,073.63 | $5,073.63 | $0.00 |
| 15 | MIDWEST MANUFACTURING CORPORATION | 7100-000 | NA | $17,288.52 | $17,288.52 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | NMC RENTAL SERVICES | 7100-000 | $3,253.88 | $1,626.94 | $1,626.94 | $0.00 |
| 17 | HARRAH'S IOWA ARENA MANAGEMENT LLC C/O ADAM J. PERNSTEINER, ESQ. LEWIS BRISBOIS BISGAARD & SMITH LLP | 7100-000 | NA | $21,779.18 | $21,779.18 | $0.00 |
| 18 | AIRGAS USA, LLC | 7100-000 | $748.84 | $374.42 | $374.42 | $0.00 |
| 19 | EAKES OFFICE SOLUTIONS | 7100-000 | $121,675.04 | $1,423.08 | $1,423.08 | $0.00 |
| 21 | PAY-LESS OFFICE PRODUCTS | 7100-000 | $3,423.74 | $1,785.78 | $1,785.78 | $0.00 |
| 22 | Customized Rigging Inc. | 7100-000 | NA | $37,580.00 | $0.00 | $0.00 |
| 23 | CUSTOMIZED RIGGING INC. | 7100-000 | $75,160.00 | $37,580.00 | $37,580.00 | $0.00 |
| 24 | DIV INVESTMENTS, LLC | 7100-000 | $10,650,157.40 | $5,325,078.70 | $5,325,078.70 | $0.00 |
| 25 | MICHAEL P. MELLEN | 7100-000 | NA | $19,400.00 | $19,400.00 | $0.00 |
| 26 | PASSIVE LABRADOR, LLC ATTN: MIKE MELLEN | 7100-000 | $79,398.00 | $1,166,430.54 | $1,166,430.54 | $0.00 |
| 27 | VISION AND CONTROL SYSTEMS, LLC BRAD STEELE | 7100-000 | $119,039.36 | $61,716.77 | $61,716.77 | $0.00 |
| 28 | FRASER STRYKER PC LLO | 7100-000 | NA | $176,529.00 | $176,529.00 | $0.00 |
| 29 | DRONE RACING LEAGUE | 7100-000 | NA | $176,529.00 | $0.00 | $0.00 |
| 30U | PAYROLL FUNDING COMPANY, LLC | 7100-000 | $127,146.50 | $133,577.67 | $0.00 | $0.00 |
| 31 | BARCO INC. | 7100-000 | $78,024.48 | $19,012.24 | $19,012.24 | $0.00 |
| 35U | NEBRASKA DEPARTMENT OF REVENUE ATTENTION: BANKRUPTCY UNIT | 7300-000 | NA | $161,523.80 | $161,523.80 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | CLARK REDER ENGINEERING | 7100-000 | $40,580.00 | $25,825.79 | $25,825.79 | $0.00 |
| 37 | TRI-V TOOL & MFG. CO. | 7100-000 | $146,794.35 | $146,794.35 | $0.00 | $0.00 |
| 38 | SHOCKWAVE CARGO LLC | 7100-000 | $8,126.00 | $47,805.75 | $47,805.75 | $0.00 |
| 39 | ROE VISUAL US, INC. | 7100-000 | $4,960.00 | $5,975.62 | $5,975.62 | $0.00 |
| 40 | VISION AND CONTROL SYSTEMS, LLC BRAD STEELE | 7100-000 | NA | $61,716.77 | $0.00 | $0.00 |
| 41 | WADE DUNCAN | 7200-000 | $125,173.76 | $72,183.69 | $72,183.69 | $0.00 |
| N/F | 120 Warehouse | 7100-000 | $258.00 | NA | NA | NA |
| N/F | 4Wall Entertainment, Inc. | 7100-000 | $788.91 | NA | NA | NA |
| N/F | Acorn Industrial Products | 7100-000 | $3,256.80 | NA | NA | NA |
| N/F | Aetna | 7100-000 | $13,925.76 | NA | NA | NA |
| N/F | Airways Freight | 7100-000 | $21,601.00 | NA | NA | NA |
| N/F | Amazon | 7100-000 | $304.85 | NA | NA | NA |
| N/F | Andrew Stastka | 7100-000 | $545.70 | NA | NA | NA |
| N/F | Artfac Graphics | 7100-000 | $1,585.76 | NA | NA | NA |
| N/F | Atlas Copco | 7100-000 | $518.20 | NA | NA | NA |
| N/F | Big Picture | 7100-000 | $16,000.00 | NA | NA | NA |
| N/F | Bisco Industries | 7100-000 | $2,615.29 | NA | NA | NA |
| N/F | CARL JARL Group | 7100-000 | $184.20 | NA | NA | NA |
| N/F | CFO Services | 7100-000 | $16,010.00 | NA | NA | NA |
| N/F | Carolina Motion Controls | 7100-000 | $33,239.25 | NA | NA | NA |
| N/F | Central Steel & Wire | 7100-000 | $2,463.56 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Chase Credit Card | 7100-000 | $72,000.00 | NA | NA | NA |
| N/F | DIV Investments - NGC Group Attn: Justin Hernandez | 7100-000 | $5,325,078.70 | NA | NA | NA |
| N/F | Des Moines Steel | 7100-000 | $9,720.00 | NA | NA | NA |
| N/F | DigiKey | 7100-000 | $17,571.99 | NA | NA | NA |
| N/F | Distribution by Air-OMA | 7100-000 | $3,949.00 | NA | NA | NA |
| N/F | Dynamic Fusion Inc. | 7100-000 | $5,726.19 | NA | NA | NA |
| N/F | EPIK, Ltd. | 7100-000 | $780.00 | NA | NA | NA |
| N/F | Earle M. Jorgensen Company | 7100-000 | $17,611.67 | NA | NA | NA |
| N/F | Event Production Support Limited | 7100-000 | $7,200.00 | NA | NA | NA |
| N/F | Fastening Products of Lancaster, Inc. 1 | 7100-000 | $3,701.93 | NA | NA | NA |
| N/F | FedEx | 7100-000 | $3,933.65 | NA | NA | NA |
| N/F | Full Compass Systems, Ltd. | 7100-000 | $579.00 | NA | NA | NA |
| N/F | Gate4 Events Limited Attn: Tim Parsaca | 7100-000 | $15,000.00 | NA | NA | NA |
| N/F | Gerriets International, Inc. | 7100-000 | $742.39 | NA | NA | NA |
| N/F | Glassdoor, Inc. Attn: Dept 3436 | 7100-000 | $8,500.00 | NA | NA | NA |
| N/F | Great Plains Powdercoating | 7100-000 | $8,625.00 | NA | NA | NA |
| N/F | Honeyman Rent-All | 7100-000 | $256.58 | NA | NA | NA |
| N/F | Ideal Pure Water | 7100-000 | $53.50 | NA | NA | NA |
| N/F | Imaginit Technologies | 7100-000 | $1,124.06 | NA | NA | NA |
| N/F | Intermountain Wood Products | 7100-000 | $3,782.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | JTV Manufacturing | 7100-000 | $8,504.41 | NA | NA | NA |
| N/F | K Electric Company, Inc. | 7100-000 | $28,200.12 | NA | NA | NA |
| N/F | Koley Jessen | 7100-000 | $3,221.65 | NA | NA | NA |
| N/F | Kris Cross LLC | 7100-000 | $29,025.00 | NA | NA | NA |
| N/F | Liberty Mutual Insurance | 7100-000 | $9,327.40 | NA | NA | NA |
| N/F | MECA | 7100-000 | $15,494.58 | NA | NA | NA |
| N/F | MSC Industrial Supply | 7100-000 | $2,689.85 | NA | NA | NA |
| N/F | MUD | 7100-000 | $0.00 | NA | NA | NA |
| N/F | McMaster-Carr Supply Co | 7100-000 | $12,371.84 | NA | NA | NA |
| N/F | Mid-America Center | 7100-000 | $20,533.66 | NA | NA | NA |
| N/F | Midwest Industrial Tools | 7100-000 | $15,727.57 | NA | NA | NA |
| N/F | Midwest Laser & Fabrication | 7100-000 | $16,220.39 | NA | NA | NA |
| N/F | Midwest Plastics Inc. | 7100-000 | $154.76 | NA | NA | NA |
| N/F | Midwest Screw Products | 7100-000 | $12,247.50 | NA | NA | NA |
| N/F | Monroe Engineering Products LLC | 7100-000 | $4,467.50 | NA | NA | NA |
| N/F | Mouser Electronics | 7100-000 | $3,178.45 | NA | NA | NA |
| N/F | Newfangled Lighting | 7100-000 | $11,200.00 | NA | NA | NA |
| N/F | OPPD | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Omaha Paper | 7100-000 | $2,322.24 | NA | NA | NA |
| N/F | PENTON | 7100-000 | $7,349.98 | NA | NA | NA |
| N/F | PLASA Media Ltd | 7100-000 | $1,990.82 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Precision Fastening Solutions | 7100-000 | $14,149.11 | NA | NA | NA |
| N/F | Productivity, Inc. | 7100-000 | $2,202.27 | NA | NA | NA |
| N/F | Proto Labs, Inc. | 7100-000 | $11,892.06 | NA | NA | NA |
| N/F | REX-CUT Products, Inc. | 7100-000 | $261.66 | NA | NA | NA |
| N/F | RSM US LLP | 7100-000 | $21,787.50 | NA | NA | NA |
| N/F | Rockford Rigging Company | 7100-000 | $6,173.92 | NA | NA | NA |
| N/F | Safety Service Company | 7100-000 | $99.99 | NA | NA | NA |
| N/F | Samchully | 7100-000 | $2,404.17 | NA | NA | NA |
| N/F | Seelye Plastics | 7100-000 | $7,819.07 | NA | NA | NA |
| N/F | Serapid USA | 7100-000 | $24,890.00 | NA | NA | NA |
| N/F | Service One | 7100-000 | $288.90 | NA | NA | NA |
| N/F | Snelling Staffing Services | 7100-000 | $41,223.26 | NA | NA | NA |
| N/F | Stage Pay Services | 7100-000 | $6,717.86 | NA | NA | NA |
| N/F | Stratus Building Solutions of NE | 7100-000 | $609.90 | NA | NA | NA |
| N/F | Suiter Swantz PC LLO | 7100-000 | $45,063.44 | NA | NA | NA |
| N/F | Super Bright LEDs, Inc | 7100-000 | $23,706.10 | NA | NA | NA |
| N/F | Sweetwater | 7100-000 | $2,344.92 | NA | NA | NA |
| N/F | T&D Custom Machining & Fabrication | 7100-000 | $23,156.58 | NA | NA | NA |
| N/F | TCH Inc. | 7100-000 | $245.60 | NA | NA | NA |
| N/F | Tazmanian Freight Systems, Inc. | 7100-000 | $6,900.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | The Light Source | 7100-000 | $11,240.00 | NA | NA | NA |
| N/F | Travelers Insurance | 7100-000 | $5,575.27 | NA | NA | NA |
| N/F | Tuttle, Inc. | 7100-000 | $7,875.34 | NA | NA | NA |
| N/F | US Cargo Control | 7100-000 | $848.10 | NA | NA | NA |
| N/F | Unishippers | 7100-000 | $14,277.01 | NA | NA | NA |
| N/F | Welch Law Firm, P.C. | 7100-000 | $19,523.71 | NA | NA | NA |
| N/F | Whirlwind | 7100-000 | $17,589.65 | NA | NA | NA |
| N/F | WorkStaffing | 7100-000 | $5,271.07 | NA | NA | NA |
| N/F | YRC Freight | 7100-000 | $3,331.15 | NA | NA | NA |
| N/F | Zoro | 7100-000 | $248.83 | NA | NA | NA |
| N/F | elecDirect.com | 7100-000 | $1,197.64 | NA | NA | NA |
| N/F | iConic Solutions Group LLC | 7100-000 | $369.76 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$18,087,822.16** | **$8,228,869.11** | **$7,672,671.32** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 18-81299 | Trustee Name: | (470090) James A. Overcash |
|---|---|---|---|
| Case Name: | ACASS-SYSTEMS, LLC | Date Filed (f) or Converted (c): | 02/28/2019 (c) |
| | | § 341(a) Meeting Date: | 04/03/2019 |
| For Period Ending: | 01/11/2021 | Claims Bar Date: | 05/19/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT AT FIRST NATIONAL BANK OF OMAHA, XXXXXX1207 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNT AT FIRST NATIONAL BANK OF OMAHA, XXXXXX0799 | 4,569.00 | 4,569.00 | | 6,745.73 | FA |
| 3 | ACCOUNTS RECEIVABLE | 153,581.68 | 0.00 | | 0.00 | FA |
| 4 | RENTAL SECURITY DEPOSIT FOR 2215 LEAVENWORTH ST. TO PASSIVE LABRADOR, LLC | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 5 | A/R 90 DAYS OLD OR LESS. FACE AMOUNT = $528,581.68. DOUBTFUL/UNCOLLECTIBLE ACCOUNTS = $375,000.00. | 153,581.68 | 153,581.68 | | 0.00 | FA |
| 6 | A/R OVER 90 DAYS OLD. FACE AMOUNT = $600,000.00. DOUBTFUL/UNCOLLECTIBLE ACCOUNTS = $600,000.00. | 0.00 | 0.00 | | 0.00 | FA |
| 7 | RAW MATERIALS: RAW MATERIAL, BARRICADE EXTRUSION, STEEL ALUMINUM, 08/24/2018, NET BOOK VALUE: $0.00 | 55,000.00 | 55,000.00 | | 0.00 | FA |
| 8 | Finished goods: motors, motor accessories, stage inventory, Net Book Value: $6,450,160.34, Valuation Method: Liquidation | 1,050,000.00 | 1,050,000.00 | | 0.00 | FA |
| 9 | Other inventory or supplies: Deck Components, Net Book Value: $121,118.80, Valuation Method: Liquidation | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 10 | Chairs, couches, desks, lamps, cabinets, phones. Valuation Method: Liquidation | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 11 | Computers, monitors, laptops, TVs. Valuation Method: Liquidation | 35,000.00 | 35,000.00 | | 0.00 | FA |
| 12 | 2006 FORD E450VIN: 1FDXE45S66HA86311. | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 13 | GMC Truck (Leasing) WBANV9C55AC136558. Valuation Method: Liquidation | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 14 | CNC Machines, Fixed Assets-Hard Equipment, Tools. Valuation Method: Liquidation | 250,000.00 | 250,000.00 | | 0.00 | FA |
| 15 | SEE ATTACHED. | 0.00 | 0.00 | | 0.00 | FA |
| 16 | WWW.ACASS-SYSTEMS.COM. | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 18-81299
**Case Name:** ACASS-SYSTEMS, LLC
**For Period Ending:** 01/11/2021

**Trustee Name:** (470090) James A. Overcash
**Date Filed (f) or Converted (c):** 02/28/2019 (c)
**§ 341(a) Meeting Date:** 04/03/2019
**Claims Bar Date:** 05/19/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | ACASS Systems Hong Kong, 100% ownership (u) | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Office/Warehouse - 2215 Leavenworth St., Omaha NE 68102 (renting) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 19 | See Attachment 60. (u) | 0.00 | 0.00 | | 0.00 | FA |
| 20* | Advance Fee Deposit to Debtor Attorneys (u) (See Footnote) | 0.00 | 26,085.00 | | 26,085.00 | FA |
| 21* | Life Insurance Proceeds on Life of Aaron Cass (u) (See Footnote) | 0.00 | 0.00 | | 1,188,590.11 | FA |
| 21 | **Assets Totals (Excluding unknown values)** | **$1,733,232.36** | **$1,605,735.68** | | **$1,221,420.84** | **$0.00** |

RE PROP# 20    Received from Dvorak Law Firm Per motion at Doc. #230 and order at Doc. #245.

RE PROP# 21    Lien disputed by Trustee per Adv. Pro. 19-8023; Asset claimed by three parties to the litigation.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 04/01/2020      **Current Projected Date Of Final Report (TFR):** 10/27/2020 (Actual)

01/11/2021
Date

/s/James A. Overcash
James A. Overcash

| Form 2 | | Exhibit 9 |
|---|---|---|
| **Cash Receipts And Disbursements Record** | | Page: 1 |

| Case No.: | 18-81299 | Trustee Name: | James A. Overcash (470090) |
|---|---|---|---|
| Case Name: | ACASS-SYSTEMS, LLC | Bank Name: | People's United Bank |
| Taxpayer ID #: | **-***4765 | Account #: | ********0332 Checking |
| For Period Ending: | 01/11/2021 | Blanket Bond (per case limit): | $35,567,286.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/27/19 | {20} | Dvorak Law Group LLC | Turnover of Advance Fee Deposit by Debtor to Attorneys | 1229-000 | 26,085.00 | | 26,085.00 |
| 09/03/19 | {2} | First National Bank | Funds from Debtor's account with First National Bank Acct. *0799 | 1129-000 | 6,745.73 | | 32,830.73 |
| 02/12/20 | | Transition Debit to Metropolitan Commercial Bank acct | Transition Debit to Metropolitan Commercial Bank acct | 9999-000 | | 32,830.73 | 0.00 |
| | | **COLUMN TOTALS** | | | 32,830.73 | 32,830.73 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 32,830.73 | |
| | | **Subtotal** | | | 32,830.73 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$32,830.73** | **$0.00** | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 18-81299 | Trustee Name: | James A. Overcash (470090) |
| --- | --- | --- | --- |
| Case Name: | ACASS-SYSTEMS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***4765 | Account #: | ******4925 Checking Account |
| For Period Ending: | 01/11/2021 | Blanket Bond (per case limit): | $35,567,286.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/12/20 | | Transition Credit from United Bank acct ********0332 | Transition Credit from United Bank acct 710000040332 | 9999-000 | 32,830.73 | | 32,830.73 |
| 03/24/20 | | Successor transfer from Brian Kruse to James Overcash | Funds transfer | 1290-000 | -32,830.73 | | 0.00 |
| | | COLUMN TOTALS | | | 0.00 | 0.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 32,830.73 | 0.00 | |
| | | Subtotal | | | -32,830.73 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | -$32,830.73 | $0.00 | |

*{ } Asset Reference(s)*   UST Form 101-7-TDR ( 10 /1/2010)   *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 18-81299 | Trustee Name: | James A. Overcash (470090) |
|---|---|---|---|
| Case Name: | ACASS-SYSTEMS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***4765 | Account #: | ******9359 Checking |
| For Period Ending: | 01/11/2021 | Blanket Bond (per case limit): | $35,567,286.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/24/20 | | Successor Transfer From Brian Kruse | Successor Transfer | 1290-000 | 32,830.73 | | 32,830.73 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.24 | 32,818.49 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 52.45 | 32,766.04 |
| 05/26/20 | {21} | United States Treasury | Federal Court Disbursement for Trustee's portion of Settlement of Interpleader claim involving the Life Insurance Policy | 1229-000 | 1,188,590.11 | | 1,221,356.15 |
| 05/28/20 | 101 | Rembolt Ludtke LLP | Order Granting Application for Compensation 5/19/20 (Fil. #264) | 3210-600 | | 391,025.88 | 830,330.27 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 177.27 | 830,153.00 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,415.34 | 828,737.66 |
| 07/30/20 | 102 | BMG CERTIFIED PUBLIC ACCOUNTANTS, LLP | Order Granting Application for Compensation 7/30/20 (#267) | 3410-000 | | 700.00 | 828,037.66 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,368.77 | 826,668.89 |
| 08/31/20 | 103 | INTERNATIONAL SURETIES, LTD. | 08/01/20 - 08/01/21 Blanket Bond #016070909 | 2300-000 | | 445.54 | 826,223.35 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,277.41 | 824,945.94 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,406.74 | 823,539.20 |
| 10/01/20 | | Metropolitan Commercial Bank | Credit of bank fee | 2600-000 | | -1,406.74 | 824,945.94 |
| 11/23/20 | 104 | James A. Overcash | Combined trustee compensation & expense dividend payments. | | | 60,865.96 | 764,079.98 |
| | | James A. Overcash | Claims Distribution - Tue, 10-27-2020 $59,892.63 | 2100-000 | | | |
| | | James A. Overcash | Claims Distribution - Tue, 10-27-2020 $973.33 | 2200-000 | | | |
| 11/23/20 | 105 | UNITED STATES TRUSTEE OFFICE (ADMINISTRATIVE) | Distribution payment - Dividend paid at 100.00% of $650.00; Claim # 42; Filed: $650.00 | 2950-000 | | 650.00 | 763,429.98 |
| 11/23/20 | 106 | STINSON LEONARD STREET, LLP | Distribution payment - Dividend paid at 100.00% of $19,050.75; Claim # ADM3; Filed: $19,050.75 | 6210-160 | | 19,050.75 | 744,379.23 |
| 11/23/20 | 107 | NATHAN R NELSON | Distribution payment - Dividend paid at 100.00% of $760.00; Claim # 20; Filed: $760.00 | 5300-000 | | 760.00 | 743,619.23 |
| 11/23/20 | 108 | DOUGLAS COUNTY TREASURER | Distribution payment - Dividend paid at 48.78% of $39,973.96; Claim # 33; Filed: $39,973.96 Voided on 12/10/2020 | 5800-004 | | 19,497.32 | 724,121.91 |
| 11/23/20 | 109 | NEBRASKA DEPARTMENT OF REVENUE ATTENTION: BANKRUPTCY UNIT | Distribution payment - Dividend paid at 48.77% of $1,484,615.51; Claim # 35P; Filed: $1,484,615.51 | 5800-000 | | 724,121.91 | 0.00 |
| 12/10/20 | 108 | DOUGLAS COUNTY TREASURER | Distribution payment - Dividend paid at 48.78% of $39,973.96; Claim # 33; Filed: $39,973.96 Voided: check issued on 11/23/2020 | 5800-004 | | -19,497.32 | 19,497.32 |

Page Subtotals:    $1,221,420.84    $1,201,923.52

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| Case No.: | 18-81299 | Trustee Name: | James A. Overcash (470090) |
|---|---|---|---|
| Case Name: | ACASS-SYSTEMS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***4765 | Account #: | ******9359 Checking |
| For Period Ending: | 01/11/2021 | Blanket Bond (per case limit): | $35,567,286.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/16/20 | 110 | NEBRASKA DEPARTMENT OF REVENUE ATTENTION: BANKRUPTCY UNIT | Distribution payment - Dividend paid at 1.31% of $1,484,615.51; Claim # 35P; Filed: $1,484,615.51 | 5800-000 |  | 19,497.32 | 0.00 |
|  |  | COLUMN TOTALS |  |  | 1,221,420.84 | 1,221,420.84 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 0.00 |  |
|  |  | Subtotal |  |  | 1,221,420.84 | 1,221,420.84 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | NET Receipts / Disbursements |  |  | $1,221,420.84 | $1,221,420.84 |  |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 18-81299 | **Trustee Name:** James A. Overcash (470090) |
| **Case Name:** | ACASS-SYSTEMS, LLC | **Bank Name:** Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***4765 | **Account #:** ******9359 Checking |
| **For Period Ending:** | 01/11/2021 | **Blanket Bond (per case limit):** $35,567,286.00 |
| | | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ********0332 Checking | $32,830.73 | $0.00 | $0.00 |
| ******4925 Checking Account | -$32,830.73 | $0.00 | $0.00 |
| ******9359 Checking | $1,221,420.84 | $1,221,420.84 | $0.00 |
| | **$1,221,420.84** | **$1,221,420.84** | **$0.00** |

| | |
|---|---|
| 01/11/2021 | /s/James A. Overcash |
| Date | James A. Overcash |

UST Form 101-7-TDR (10 /1/2010)